1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 | Social Security Administration
4 | ASIM H. MODI
Special Assistant United States Attorney
5 |     Social Security Administration
    160 Spear Street, Suite 800
6 |     San Francisco, CA  94105
    Telephone: 415-977-8952
7 |     Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
8 | Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LORRAINE MARIE AVILA, | Case No. 2:16-cv-0413-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 30 days to **September 30, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request.  First, a 30-day extension is necessary because counsel for Defendant was (or will be) out of the office for significant portions of the

-1-

1  period between August 15 and 29, 2016, and requires additional time to adequately research and
2  analyze the factual record and Plaintiff's legal claims.  Second, counsel for Defendant has
3  workload issues that preclude filing the summary judgment motion by August 31, 2016.
4  Specifically, in addition to the work-related travel and personal leave referenced above, counsel
5  for Defendant is responsible for drafting various pleadings before the district courts within the
6  Ninth Circuit, drafting an appellate pleading in a Social Security matter before the Ninth Circuit,
7  and negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act.
8  Counsel for Defendant is also currently responsible for conducting discovery and drafting briefs
9  personnel litigation before the Equal Employment Opportunity Commission and Merit Systems
10 Protection Board.
11        Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused
12 by this delay.

Respectfully submitted,

Date: *August 26, 2016*         LAW OFFICES OF LAWRENCE D.
                                ROHLFING

                        By:     */s/ Asim H. Modi for Cyrus Safa\**
                                CYRUS SAFA
                                *\*Authorized by email on August 26, 2016*
                                Attorneys for Plaintiff

Date: *August 26, 2016*         PHILLIP A. TALBERT
                                Acting United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                        By:     */s/ Asim H. Modi*
                                ASIM H. MODI
                                Special Assistant United States Attorney
                                Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.  All other case deadlines are adjusted accordingly.


Dated:  August 30, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE