UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE MARIE AVILA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:16-cv-0413-KJN<br><br><br>ORDER |

　　　　Plaintiff Lorraine Marie Avila, represented by counsel, initially commenced this social security action in the Sacramento division of this district.  (ECF No. 1.)  However, upon closer review, the complaint alleges that plaintiff is a resident of Hanford, California, which is located in Kings County.  Thus, the action should have been commenced in the Fresno division of this district.  See E.D. Cal. L.R. 120(d).  As such, transfer of the action to the Fresno division is appropriate.  E.D. Cal. L.R. 120(f).

　　　　Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the Fresno division of this district.

Dated:  March 23, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1