UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE MARIE AVILA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00420-EPG<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the parties' Stipulation, IT IS ORDERED that fees in the amount of $2,700 as authorized by 28 U.S.C. § 2412(d) and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **October 16, 2017**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1